1026

[No. 66959-1-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE EARL SEYMOUR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06466-1, Michael Heavey, J., entered March 22, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 67016-6-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO MARTINEZ-VAZQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06625-6, Richard D. Eadie, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67039-5-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX ORTIZ-TRIANA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05675-7, Barbara A. Mack, J., entered April 15, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 67114-6-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEL LEE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13007-6, James D. Cayce, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Ellington, J.